IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 05 2014
ARTHUR JOHNSTON
DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:14CR134 DCB-LRA

RUBEN CRUZ

18 U.S.C. § 113(a)(1)
18 U.S.C. § 113(a)(3)
18 U.S.C. § 113(a)(6)
18 U.S.C. § 924(c)(1)

**The Grand Jury charges:**

COUNT 1

That on or about June 1, 2014, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **RUBEN CRUZ,** a Choctaw Indian, aided and abetted by others known and unknown to the grand jury, did assault another Choctaw Indian, N.B., by shooting N.B. with a firearm, and did so with the intent to commit murder, all in violation of Sections 1153, 2 and 113(a)(1), Title 18, United States Code.

COUNT 2

That on or about June 1, 2014, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **RUBEN CRUZ,** a Choctaw Indian, aided and abetted by others known and unknown to the grand jury, did assault another Choctaw Indian, N.B., by shooting N.B. with a firearm, a dangerous weapon, and did so with the intent to do bodily harm to N.B., all in violation of Sections 1153, 2 and 113(a)(3), Title 18, United States Code.

COUNT 3

That on or about June 1, 2014, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **RUBEN CRUZ**, a Choctaw Indian, aided and abetted by others known and unknown to the grand jury, did assault another Choctaw Indian, N.B, which resulted in serious bodily injury to N.B., all in violation of Sections 1153, 2 and 113(a)(6), Title 18, United States Code.

COUNT 4

That on or about June 1, 2014, in Neshoba County in the Northern Division of the Southern District of Mississippi, the defendant, **RUBEN CRUZ**, knowingly used, carried and discharged, a firearm, to wit: a handgun, during and in relation to a crime for which he may be prosecuted in a Court of the United States, that is, assault with intent to commit murder, in violation of Section 113(a)(1) of Title 18, United States Code; assault with a dangerous weapon in violation of Section 113(a)(3) of Title 18; and assault resulting in serious bodily injury in violation of Section 113(a)(6) of Title 18, United States Code, and all in violation of Section 924(c)(1), Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 5th day of November, 2014.

UNITED STATES MAGISTRATE JUDGE