# CRIMINAL CASE COVER SHEET
## U.S. District Court
### PLACE OF OFFENSE:

CITY: __Choctaw__

COUNTY: __Neshoba County__

**RELATED CASE INFORMATION:**

SUPERSEDING INDICTMENT _____ DOCKET # _3:14CI 134 DCB-LRA_

SAME DEFENDANT _____ NEW DEFENDANT _____

MAGISTRATE JUDGE CASE NUMBER _____

R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES _X__ NO

MATTER TO BE SEALED: ____ YES _X__ NO

NAME/ALIAS: __Ruben Cruz__

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 05 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA __Patrick A. Lemon__   BAR # __9740__

INTERPRETER: _X_ NO _____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __4__   _____ PETTY  _____ MISDEMEANOR  __4__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  __18:113A.F__ | 18 U.S.C. § 113(a)(1) | Assault with Intent to Murder | 1 |
| Set 2  __18:113A.F__ | 18 U.S.C. § 113(a)(3) | Assault with a deadly weapon | 2 |
| Set 3  __18:113A.F__ | 18 U.S.C. § 113(a)(6) | Assault resulting in serious bodily Injury | 3 |
| Set 4  __18:924C.F__ | 18 U.S.C. § 924(c)(1) | Discharge of a Firearm during a Crime of Violence | 4 |
| Set 5 | | | |

Date: _10-27-14_   SIGNATURE OF AUSA: _Patrick Lemon_

(Revised 2/26/10)